In the Matter of WILLIAM H. GRIFFIN, JR.— Motion denied. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of MORRIS H. ZIGMAN, an Attorney.— Matter referred back to the official referee. The petitioner is instructed to serve an amended petition and the respondent will be given an opportunity to file an answer thereto. Evidence upon the issues thereby raised may thereupon be presented before the referee. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of LEO KRAUS, an Attorney.— Motion denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ANGLO-CONTINENTALE TREUHAND, A. G., a Liechtenstein Corporation, N. V. ANGLO-CONTINENTALE TRUST MAATSCHAPPIJ (ANGLO-CONTINENTALE TRUST COMPANY), a Netherlands Corporation, MONDIALE HANDELS-UND VERWALTUNGS, A. G., a Liechtenstein Corporation, and HYDROPRESS HANDELS, A. G., a Liechtenstein Corporation, Respondents, v. BETHLEHEM STEEL COMPANY, Appellant.— Order and judgment modified by reducing the recoveries of the respective plaintiffs to the following sums: Anglo-Continentale Treuhand, A. G., $10,475; Anglo Continentale Trust Maatschappij, $9,775; Mondiale Handels-Und Verwaltungs, A. G., $7,275; Hydropress Handels, A. G., $250; and as so modified affirmed. No opinion. Present — O'Malley, Townley, Untermyer, Cohn and Callahan, JJ.; Untermyer and Callahan, JJ., dissent and vote for affirmance. Settle order on notice.

### (June 17, 1938.)

FRYSINGER EVANS, in Behalf of Himself, etc., v. 2168 BROADWAY CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs and stay vacated. Present — O'Malley, Townley, Glennon, Cohn and Callahan, JJ.

### (June 21, 1938.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MAX SILVERMAN, Relator, Appellant, v. WILLIAM A. ADAMS, Warden of the City Prison, and Others, Respondents.— Order unanimously affirmed. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application by HARRY JAMPOL and Others v. PAUL J. KERN, President, and Others, Commissioners Constituting the Municipal Civil Service Commission for the City of New York and Others.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 733.] Present — Martin, P. J., O'Malley, Townley and Cohn, JJ.